

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| DARRYL P. TUGGLE, | ) | CASE NO. 4:04CV00023 |
| Plaintiff | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| JO ANNE B. BARNHART | ) | By: B. Waugh Crigler |
| Commissioner of Social Security, | | U. S. Magistrate Judge |
| Defendant | ) | |

The Commissioner having advised the court that she has no objection to an award

of attorney fees to J. Willard Greer, Esq. in the amount of Six Thousand Three Hundred

Seventy-Nine and 30/100 Dollars ($6,379.30) under the Social Security Act (Act), 206(b), 42

U.S.C. § 406(b). Therefore, it is hereby

R E C O M M E N D E D

that an Order enter awarding counsel for plaintiff, J. Willard Greer, Esq. the sum of Six

Thousand Three Hundred Seventy-Nine and 30/100 Dollars ($6,379.30) in attorney fees being

withheld from plaintiff's past due benefits.

The Clerk is directed to immediately transmit the record in this case to the

presiding United States District Judge. Both sides are reminded that pursuant to Rule 72(b) they

are entitled to note objections, if any they may have, to this Report and Recommendation within

1

(10) days hereof. Any adjudication of fact or conclusion of law rendered herein by the undersigned not specifically objected to within the period prescribed by law may become conclusive upon the parties. Failure to file specific objections pursuant to 28 U.S.C. § 636(b)(l)(C) as to factual recitations or findings as well as to the conclusions reached by the undersigned may be construed by any reviewing court as a waiver of such objection. The Clerk is directed to send a certified copy of this Report and Recommendation to all counsel of record.

ENTERED: _____
Judge

March 27, 2006
Date

2